# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

IN RE: CARL HALL, JR.             CASE NO. 17-81400

DEBTOR(S)            CHAPTER 13

### NOTICE OF FINAL CURE PAYMENT & MOTION TO DECLARE HOME MORTGAGE CURRENT AND/OR TO RELIEVE TRUSTEE FROM DISBURSING HOME MORTGAGE PAYMENTS PURSUANT TO F.R.B.P. 3002.1(f) AND (h) AND NOTICE OF HEARING

NOW INTO COURT comes Jon C. Thornburg, the Standing Chapter 13 Trustee, and respectfully represents:

1.

The debtor in the above-captioned Chapter 13 bankruptcy case has paid sufficient plan payments to pay all timely filed creditors in accordance with his confirmed plan, including his home mortgage, which survives the plan pursuant to 11 U.S.C. §1322(b)(5).

2.

The debtor's Chapter 13 Plan confirmed in these proceedings on February 4, 2019, required the debtor's regular home monthly home mortgage payments to <u>BSI FINANCIAL SERVICES (originally LPP Mortgage, Inc., as serviced by CENLAR FSB and then transferred to MCCORMICK 105, LLC, as serviced by BSI FINANCIAL SERVICES)</u> herein referred to as "MORTGAGE CREDITOR", be paid by the trustee. MORTGAGE CREDITOR was to be paid $1,145.90 per month, beginning April 2018 (month 4) through November 2018 (month 11).

    A. Notice of Payment Change

        ☐ Trustee did receive a notice from MORTGAGE CREDITOR of a change in monthly payment amount to $xxxxx effective xxxx.

        ■ Trustee did not receive a notice from MORTGAGE CREDITOR of a change in monthly payment.

As noted above, the debtor has completed his obligation to make payments under the plan, including, if applicable, the obligation to make payments of pre and post petition arrearages. Accordingly, there is no further need for administration in this case.

3.

A. Home Mortgage Payments

- ■ Movant submits all required home mortgage payments have been made by the Trustee to <u>BSI FINANCIAL SERVICES (originally LPP Mortgage, Inc., as serviced by CENLAR FSB and then transferred to MCCORMICK 105, LLC, as serviced by BSI FINANCIAL SERVICES)</u> in accordance with the confirmed plan, as shown by the Trustee's payment history reflecting all mortgage payments made to MORTGAGE CREDITOR and attached hereto as Exhibit A.

  - ■ Debtor's mortgage payments to MORTGAGE CREDITOR are current through November 2018 and trustee should be relieved of the obligation to make any further disbursement under the plan after March 1, 2019.

  - ☐ Debtor's mortgage payments to MORTGAGE CREDITOR have been made pursuant to the confirmed plan and trustee should be relieved of the obligation to make any further disbursement under the plan after xxxx.

- ☐ Not Applicable

B. Final Cure Amount (Arrearages)

| | Claim # | Last 4 digits by which creditor identifies debtor | Claim Asserted | Claim Allowed Per Confirmed Plan | Amount Paid |
|---|---|---|---|---|---|
| ■ | 2-1 | 0532 | $20,170.70 | $20,170.70 | $20,170.70 |

Description: Pre-Petition Arrears — $16,733.00

Description: Post-Petition Arrears (a/k/a GAP payments) — $3,437.70

Total Amount Paid by Trustee — $20,170.70

☐ Not Applicable

Movant submits all required pre-petition and post-petition (GAP payments) arrearages have been made by the Trustee to <u>BSI FINANCIAL SERVICES (originally LPP Mortgage, Inc., as serviced by CENLAR FSB and then transferred to MCCORMICK 105, LLC, as serviced by BSI FINANCIAL SERVICES)</u> in accordance with the confirmed plan, as shown by the Trustee's payment history reflecting all required pre-petition arrearages made to Mortgage Creditor and attached hereto as Exhibits B and C.

4.

Within 21 days of the service of this Motion and Notice, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' counsel and the Chapter 13 Trustee, pursuant to F.R.B.P. 3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5). The Statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The Statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

5.

A hearing on this Motion and Notice and any timely filed objection or opposition is fixed for the __9th__ day of __May__, __2019__, at __10:00 a__.m. in the United States Bankruptcy Court, U. S. Courthouse, 300 Jackson Street, Hemmenway Building, Alexandria, Louisiana 71301. Please take notice that any party having objection or opposition to the relief requested in the Motion and Notice must file the same with the Clerk, U. S. Bankruptcy Court, 300 Jackson Street, Hemmenway Building, Alexandria, Louisiana, 71301, with a copy served on Jon C. Thornburg, Standing Chapter 13 Trustee, on or before seven (7) days prior to the hearing date set forth above.

6.

At such hearing the Court may relieve the Trustee of the obligation to make any further disbursement under the plan, grant the Motion to Deem the Home Mortgage Current considering any Motion/Response filed pursuant to F.R.B.P. 3002.1(g) and (h), if any, and/or whether to award relief pursuant to F.R.B.P. 3002.1(I) should the holder of the claim fail to provide any information required by F.R.B.P. 3002.1(b)( c) or (g), or such relief as the Court may deem appropriate.

WHEREFORE, the Standing Chapter 13 Trustee requests that:

- This Notice of Final Cure Payment, if applicable, be deemed sufficient;

- Motion to Declare Home Mortgage Current be granted deeming

  - Debtor's mortgage payments to MORTGAGE CREDITOR are current through November 2018 and the trustee be relieved of the obligation to make any further disbursement under the plan after March 1, 2019.

☐ Debtor's mortgage payments to MORTGAGE CREDITOR have been made pursuant to the confirmed plan and the trustee be relieved of the obligation to make any further disbursement under the plan after xxxxx.

and for all other such relief to which he is entitled.

Respectfully submitted,

JON C. THORNBURG
CHAPTER 13 TRUSTEE

/s/ Brandi M. Jolley
Jon C. Thornburg, Trustee
Ryan C. Robison, Staff Attorney (Bar Roll#30695)
Brandi M. Jolley, Staff Attorney (Bar Roll #32170)
Post Office Box 11877
Alexandria, Louisiana 71315
(318)448-1306

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

IN RE: CARL HALL, JR.                                          CASE NO. 17-81400

DEBTOR(S)                                                       CHAPTER 13

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Notice of Final Cure Payment & Motion to Declare Home Mortgage Current and/or to Relieve Trustee from Disbursing Home Mortgage Payments and to Approve Notice of Final Cure Payment and Notice of Hearing has been served on the debtors, debtors' attorney, Mortgage Creditor, and the attorney for the Mortgage Creditor:

Carl Hall, Jr.
3241 Cloverland Lane
Pineville, LA 71360

L. Laramie Henry
PO Box 8536
Alexandria, LA 71306

BSI Financial Services
Customer Care
314 S. Franklin St., 2nd Floor
Titusville, PA 16354

Dean Morris, LLC
c/o Jason R. Smith
1505 North 19th Street
Monroe, LA 71201

Alexandria, Louisiana this ___11th___ day of April, 2019

By: /s/ Sonya Linscomb-Rax
      Sonya Linscomb-Rax

*Exhibit A*

| | | | | | |
|---|---|---|---|---|---|
| **Case Overview** | | | | Thursday, April 11, 2019 | |
| Case No. 17-81400 | | Carl Hall, Jr. | | 11:59 am | |
| CLOSED | | | | User: Brandi | |

**DISBURSEMENT HISTORY**

| DATE | CODE | DESCRIPTION | CREDITOR # | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|
| **BSI FINANCIAL SERVICES** | | Claim Number 6 | | | |
| Sep 01, 2018 | CR | AMOUNTS DISBURSED TO CREDITOR | | 0408932 | 1,096.31 |
| Nov 01, 2018 | CR | AMOUNTS DISBURSED TO CREDITOR | | 0411859 | 2,291.80 |
| Dec 01, 2018 | CR | AMOUNTS DISBURSED TO CREDITOR | | 0413320 | 1,145.90 |
| Jan 01, 2019 | CR | AMOUNTS DISBURSED TO CREDITOR | | 0414709 | 247.95 |
| **TOTAL FOR BSI FINANCIAL SERVICES** | | | | | **4,781.96** |
| **LPP Mortgage LTD** | | Claim Number 6 | | | |
| Jun 01, 2018 | CR | AMOUNTS DISBURSED TO CREDITOR | 774165 | 0405029 | 3,288.93 |
| Jul 01, 2018 | CR | AMOUNTS DISBURSED TO CREDITOR | 774165 | 0406528 | 1,096.31 |
| Aug 01, 2018 | CR | AMOUNTS DISBURSED TO CREDITOR | 774165 | 0407981 | 1,096.31 |
| Sep 24, 2018 | CANP | CANCELLED CREDITOR CHECK/PRINCIPAL | 774165 | 0406528 | -1,096.31 |
| **TOTAL FOR LPP Mortgage LTD** | | | | | **4,385.24** |
| | | | **DISBURSEMENT TOTAL** | | **9,167.20** |

Certified to be a True and
Exact Copy of Original
Jon C. Thornburg, Ch. 13 Trustee

By *[signature]*

Exhibit B

| Case Overview | | |
|---|---|---|
| Case No. 17-81400 | Carl Hall, Jr. | Thursday, April 11, 2019 |
| CLOSED | | 11:59 am |
| | | User: Brandi |

### DISBURSEMENT HISTORY

| DATE | CODE | DESCRIPTION | CREDITOR # | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|
| **BSI FINANCIAL SERVICES** | | Claim Number 12 | | | |
| Sep 01, 2018 | CR | AMOUNTS DISBURSED TO CREDITOR | | 0408932 | 379.85 |
| Oct 01, 2018 | CR | AMOUNTS DISBURSED TO CREDITOR | | 0410410 | 387.49 |
| Nov 01, 2018 | CR | AMOUNTS DISBURSED TO CREDITOR | | 0411859 | 1,589.87 |
| Dec 01, 2018 | CR | AMOUNTS DISBURSED TO CREDITOR | | 0413320 | 321.29 |
| Jan 01, 2019 | CR | AMOUNTS DISBURSED TO CREDITOR | | 0414709 | 967.61 |
| Feb 01, 2019 | CR | AMOUNTS DISBURSED TO CREDITOR | | 0416093 | 12,475.21 |
| **TOTAL FOR BSI FINANCIAL SERVICES** | | | | | **16,121.32** |
| **LPP Mortgage LTD** | | Claim Number 12 | | | |
| Jun 01, 2018 | CR | AMOUNTS DISBURSED TO CREDITOR | 774165 | 0405029 | 231.83 |
| Jul 01, 2018 | CR | AMOUNTS DISBURSED TO CREDITOR | 774165 | 0406528 | 359.11 |
| Aug 01, 2018 | CR | AMOUNTS DISBURSED TO CREDITOR | 774165 | 0407981 | 379.85 |
| Sep 24, 2018 | CANP | CANCELLED CREDITOR CHECK/PRINCIPAL | 774165 | 0406528 | -359.11 |
| **TOTAL FOR LPP Mortgage LTD** | | | | | **611.68** |
| | | | **DISBURSEMENT TOTAL** | | **16,733.00** |

Certified to be a True and
Exact Copy of Original
Jon C. Thornburg, Ch. 13 Trustee

By _[signature]_

*Exhibit C*

| | | | | | |
|---|---|---|---|---|---|
| **Case Overview** | | | | Thursday, April 11, 2019 | |
| Case No. 17-81400 | | Carl Hall, Jr. | | 12:00 pm | |
| CLOSED | | | | User: Brandi | |

**DISBURSEMENT HISTORY**

| DATE | CODE | DESCRIPTION | CREDITOR # | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|
| **BSI FINANCIAL SERVICES** | | Claim Number 22 | | | |
| Sep 01, 2018 | CR | AMOUNTS DISBURSED TO CREDITOR | | 0408932 | 78.04 |
| Oct 01, 2018 | CR | AMOUNTS DISBURSED TO CREDITOR | | 0410410 | 79.61 |
| Nov 01, 2018 | CR | AMOUNTS DISBURSED TO CREDITOR | | 0411859 | 326.63 |
| Dec 01, 2018 | CR | AMOUNTS DISBURSED TO CREDITOR | | 0413320 | 66.01 |
| Jan 01, 2019 | CR | AMOUNTS DISBURSED TO CREDITOR | | 0414709 | 198.79 |
| Feb 01, 2019 | CR | AMOUNTS DISBURSED TO CREDITOR | | 0416093 | 2,562.95 |
| **TOTAL FOR BSI FINANCIAL SERVICES** | | | | | **3,312.03** |
| **LPP Mortgage LTD** | | Claim Number 22 | | | |
| Jun 01, 2018 | CR | AMOUNTS DISBURSED TO CREDITOR | 774165 | 0405029 | 47.63 |
| Jul 01, 2018 | CR | AMOUNTS DISBURSED TO CREDITOR | 774165 | 0406528 | 73.78 |
| Aug 01, 2018 | CR | AMOUNTS DISBURSED TO CREDITOR | 774165 | 0407981 | 78.04 |
| Sep 24, 2018 | CANP | CANCELLED CREDITOR CHECK/PRINCIPAL | 774165 | 0406528 | -73.78 |
| **TOTAL FOR LPP Mortgage LTD** | | | | | **125.67** |
| | | | **DISBURSEMENT TOTAL** | | **3,437.70** |

Certified to be a True and Exact Copy of Original
Jon C. Thornburg, Ch. 13 Trustee

By [signature]